lives, and that valid suspensions may not be added to valid life estates and thus limit the final vesting of the estate beyond two lives. (*Vandenburgh* v. *Vandenburgh*, 85 Misc. 131.) Furthermore, although in our former opinion we assumed, without deciding, that the words " or her heirs " contained in the will were words of substitution, further consideration leads us to the conclusion that they are words of limitation only, that the remainder, if valid, vested in Adelaide Welch, and that her heirs were not necessary parties to the proceeding in question. (*Steinway* v. *Steinway*, 163 N. Y. 183; *Miller* v. *Gilbert*, 144 id. 68.) Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

E. BRIGHT WILSON, Respondent, v. PEDONHA REALTY CORPORATION and Others, Defendants, and CHARLES L. APFEL, Appellant.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

MARY ARNOLD, Respondent, v. DANIEL CHRIST, as Administrator, etc., of JOSEPHINE CHRIST, Deceased, and Others, Appellants.— Order denying motion to vacate and set aside judgment herein and to grant leave to defendants to defend herein reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs; defendants' answer to be served within five days from the entry of the order herein. The court is of the opinion that upon the facts presented denial of the motion to open the default was an abuse of discretion. Defendants should have an opportunity to present their case. The appeal from the order denying the motion for reargument is dismissed, without costs. Lazansky, P. J., Rich, Hagarty, Carswell and Tompkins, JJ., concur.

ASTORIA PLANET CORPORATION, Appellant, v. R. T. R. REALTY CORPORATION, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

DOMENICO BARNAO, Respondent, v. ROSARIA BARNAO, Appellant. (Appeal No. 1.) — Order denying defendant's motion for alimony and counsel fee reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs; alimony fixed at twenty dollars per week, to begin May 1, 1930, and counsel fee fixed at two hundred and fifty dollars. Upon the facts presented there is a reasonable likelihood that defendant will be successful in her defense of this action. Lazansky, P. J., Rich, Young and Hagarty, JJ., concur; Carswell, J., concurs in result.

WILLIAM A. BAUMERT, Appellant, v. ALFRED S. AMBLER and HELEN BAUMERT, Appellants, and HANS ALBERT OBST and Others, Respondents.— Judgment unanimously affirmed, with costs. A declaratory judgment was properly withheld in the exercise of sound discretion. The record does not adequately disclose the nature and extent of the proposed use, which proposed use could, in some phases and in possible uses, take on the attributes of a business and, therefore, come within the condemnation of the covenant. (Carmody N. Y. Pr. [Book I] § 301; *Westchester Mortgage Co.* v. *G. R. & I. R. R. Co.*, 246 N. Y. 194.) Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

STEPHEN BINCIK, Appellant, v. BERNARD TRUBIN and JOSEPH BITZ, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.